In the Matter of the Claim of FRED JACOBSON, Respondent, against REGINA KLEIN and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the State Industrial Board erred in including in its award compensation for disfigurement that was not on the face or head. (Fostner v. Morawitz, 211 App. Div. 824; 215 id. 176.)   Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ELLEN J. CLUNE, Respondent, against YELLOW TAXI CORPORATION, Appellant.   STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CARMINE SALGICCIOLI, Respondent, against LAUR & MACK CONSTRUCTION COMPANY and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.   Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOSEPH N. ROBILLARD, Respondent, against R. H. MACY & COMPANY, INC., and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award modified by striking out seventeen dollars and fifty-four cents and substituting therefor fifteen dollars and twenty-four cents, and as so modified affirmed, on the ground that the wage rate should have been determined under subdivision 3 of section 14 of the Workmen's Compensation Law.   Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of EDDIE DONOFRIO, Respondent, against PHILIP COHEN and Another, Appellants.   STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the claimant was disabled by reason of the accident alleged.   Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.